HERMAN VEEDER, Respondent, *v.* WILLIAM MUDGETT et al.,
Appellants.

(Argued October 16, 1883 ; decided October 26, 1883.)

*George F. Yeoman* for appellants.

*Edward C. James* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

JULIUS FORSTMANN et al., Respondents, *v.* HERMAN SCHULTING,
Appellant.

(Argued October 16, 1883 ; decided October 26, 1883.)

*C. Bainbridge Smith* for appellant.

*William Watson* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.